UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTOPHER P. KAUDERS, LEE C.S. KAUDERS, AND HANNAH KAUDERS, <br><br> PLAINTIFFS <br><br> v. <br><br> UBER TECHNOLOGIES, INC. and RASIER LLC, <br><br> DEFENDANTS. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO.  1:16-cv-11659-FDS <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## **DEFENDANTS' MOTION TO COMPEL ARBITRATION AND DISMISS OR, IN THE ALTERNATIVE, STAY PROCEEDINGS**

Pursuant to 9 U.S.C. §§ 3, 4 and Rule 12(b)(1), Defendants Uber Technologies, Inc. ("Uber") and Rasier LLC (collectively, "Uber"), by their undersigned counsel, respectfully request that the Court dismiss Plaintiffs' claims and order them to submit their claims to arbitration.  Uber sets forth the grounds for this Motion in their accompanying Memorandum of Law and supporting papers.

## **LOCAL RULE 7.1 CERTIFICATION**

Pursuant to Local Rule 7.1, Uber states that its counsel conferred with Plaintiffs' attorney on August 25, 2016 by phone in a good faith effort to resolve or narrow the issues presented, but were unable to do so.

## **REQUEST FOR ORAL ARGUMENT**

Uber respectfully requests oral argument on this Motion.

Respectfully submitted,

**UBER TECHNOLOGIES, INC. AND
RASIER LLC**

By their attorneys,


/s/ Carie A. Torrence
Carie A. Torrence (BBO #675237)
**LITTLER MENDELSON, P.C.**
One International Place, Suite 2700
Boston, MA  02110
Phone 617.378.6000
Fax 617.737.0052
ctorrence@littler.com

Dated:  September 9, 2016

## <u>CERTIFICATE OF SERVICE</u>

I, Carie A. Torrence, hereby certify that on this 9th day of September, 2016, the foregoing Notice of Removal was filed electronically through the ECF system, is available for viewing and downloading from the ECF system, will be sent electronically to counsel of record as registered participants identified on the Notice of Electronic Filing and via first class mail to all non-registered participants identified on the Notice of Electronic Filing.


<u>/s/ Carie A. Torrence</u>
Carie A. Torrence


Firmwide:142638306.1 073208.1175