# Holden Declaration Exhibit A

CANCEL     CREATE AN ACCOUNT     NEXT

Email    name@example.com

Mobile 

Password    Min 5 characters

We use your email and mobile number to send you ride confirmations and receipts.








CANCEL　　CREATE A PROFILE　Next

|  | First John |
|  |  |
| EDIT | Last Smith |

Your name and photo helps your driver identify you at pickup.

Q W E R T Y U I O P
A S D F G H J K L
⇧ Z X C V B N M ⌫

　space　

CANCEL    LINK PAYMENT    DONE

1234 5678 9012 3456

 scan your card        enter promo code

By creating an Uber account, you agree to the

**Terms & Conditions and Privacy Policy**

| 1 | 2 ABC | 3 DEF |
|---|---|---|
| 4 GHI | 5 JKL | 6 MNO |
| 7 PQRS | 8 TUV | 9 WXYZ |
|  | 0 | ⌫ |

1234 5678 9012 3456

scan your card          enter promo code

OR

PayPal

By creating an Uber account, you agree to the

Terms & Conditions and Privacy Policy