UNITED STATES DISTRICT
COURT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTOPHER P. KAUDERS, LEE C.S. KAUDERS, AND HANNAH KAUDERS,<br><br>Plaintiffs<br><br>v.<br><br>UBER TECHNOLOGIES, INC. and RASIER LLC,<br><br>Defendants. | CIVIL ACTION NO. 1:16-cv-11659-FDS |

**DECLARATION OF MICHAEL CIANFRANI IN SUPPORT OF DEFENDANTS UBER TECHNOLOGIES, INC. AND RASIER, LLC'S**
<u>**MOTION TO COMPEL ARBITRATION AND STAY LITIGATION**</u>

I, Michael Cianfrani, declare as follows:

1. I am over the age of 18 and I submit this declaration in support of Defendant Uber Technologies, Inc. ("Uber") and Rasier, LLC's ("Rasier") Motion to Compel Arbitration and Stay Litigation. I have personal knowledge of each fact stated in this declaration and, if called as a witness, I could and would competently and truthfully testify thereto.

2. I am a Senior Paralegal at Uber. I am familiar with Uber's policies and procedures for maintaining in its business records the agreements between Uber and riders, including the Uber Terms and Conditions. It is the custom and practice of Uber to maintain in its business records copies of Uber's past and present Terms and Conditions.

3. I accessed from Uber's business records the Terms and Conditions that were in effect for U.S. riders on June 27, 2014. A true and correct copy of these Terms and Conditions is attached hereto as **Exhibit A**. On November 10, 2014, Uber revised the Terms and Conditions

to provide that Uber's subsidiaries and affiliates, such as Rasier, are parties to that agreement. A true and correct copy of these Terms and Conditions is attached hereto as **Exhibit B**.

4. I also accessed from Uber's business records the Terms and Conditions that were in effect for U.S. riders on May 13, 2015. A true and correct copy of these Terms and Conditions is attached hereto as **Exhibit C**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed in San Francisco, California on September 7, 2016.

*michael cianfrani*
michael cianfrani (Sep 7, 2016)
MICHAEL CIANFRANI

Firmwide:142585416.1 073208.1175