# EXHIBIT A

# NeedhamandJohnson

**From:** NeedhamandJohnson
**Sent:** Friday, September 16, 2016 4:49 PM
**To:** Torrence, Carie A.
**Subject:** Driver Information - Kauders v Uber

Carie:

As you know from our Memorandum of Law in Support of our Motion to Remand, we have been unable to identify and locate the Uber drivers in each of the three incidents. While we have a name for one of the drivers from the December 30, 2015 incident, which is in the Newton Police Department report (but may not be accurate), we have not been able to identify him or the other two unnamed drivers. When we requested driver information from Uber prior to filing suit, it refused to provide it. Before we can add the drivers as defendants we need to identify them, and if one or more of them is a resident of Massachusetts, then the federal diversity jurisdiction would be eliminated.

Since we will be able to obtain these names in discovery and then renew our Motion for Remand if the pending Motion is denied, it seems reasonable to provide the names, current addresses, and telephone numbers now rather than postpone the inevitable court order to produce this information.

We look forward to hearing from you.

Very truly yours,
Paul